UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JASON TYE MYERS, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | Case No. 1:15-cv-00471-TWP-MJD |
| ) | |
| INDIANA DEPARTMENT OF CORRECTION, ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

**Entry Discussing Request to Proceed on Appeal** *In Forma Pauperis*

The plaintiff seeks leave to proceed on appeal without prepayment of the appellate fees of $505.00. An appeal may not be taken *in forma pauperis* if the trial court certifies that the appeal is not taken in good faith. 28 U.S.C. § 1915; *see Coppedge v. United States,* 369 U.S. 438 (1962). "Good faith" within the meaning of § 1915 must be judged by an objective, not a subjective, standard. *See id*. In this case, there is no objectively reasonable argument which the plaintiff has presented or could present, to argue that the disposition of this action and the post-judgment motions were erroneous. In pursuing an appeal, therefore, the plaintiff "is acting in bad faith . . . [because] to sue in bad faith means merely to sue on the basis of a frivolous claim, which is to say a claim that no reasonable person could suppose to have any merit." *Lee v. Clinton,* 209 F.3d 1025, 1026 (7th Cir. 2000). Accordingly, plaintiff's appeal is not taken in good faith, and for this reason his request for leave to proceed on appeal *in forma pauperis* [dkt. 26] must be **denied.**

   IT IS SO ORDERED.

Date:  10/2/2015

_____
TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Distribution:

JASON T. MYERS   154417
PLAINFIELD CORRECTION FACILITY
Inmate Mail/Parcels
727 Moon Road
Plainfield, IN 46168